JS-6/Enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RHONDA FURNISH,                          ) Case No. EDCV 09-336 AN
                                         )
              Plaintiff,                 ) JUDGMENT
                                         )
       v.                                )
                                         )
MICHAEL J. ASTRUE,                       )
COMMISSIONER OF THE SOCIAL               )
SECURITY ADMINISTRATION,                 )
                                         )
              Defendant.                 )
_____)

       For the reasons set forth in the accompanying Order, it is hereby ADJUDGED
AND DECREED THAT the Commissioner's final decision is affirmed and that this
action is dismissed with prejudice.


DATED:  January 6, 2010          _____
                                          ARTHUR NAKAZATO
                                 UNITED STATES MAGISTRATE JUDGE